**MEMO ENDORSED**

## COHEN & FREY P.C.

A TRANSPORTATION LAW PRACTICE

TIMOTHY L. FREY
DIRECT DIAL: 484-872-2010
TFREY@FREIGHTLAW.NET

THE TIMES BUILDING
32 PARKING PLAZA
SUITE 402
ARDMORE, PA 19003

(215) 609-1110
FAX (215) 609-1117

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2026_____

February 4, 2026

*Via* ECF
Hon. Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

> RE:    *CSX Transportation, Inc. v. ZIM Integrated Shipping Services Ltd.*, et al.
>         1:25-cv-10411-VEC
>         Joint Request to Adjourn the Initial Pretrial Conference.

Dear Judge Caproni,

We represent CSX Transportation, Inc. ("CSX") in the above referenced matter. CSX, together with Defendants ZIM Integrated Shipping Services Ltd. ("ZIM Integrated") and ZIM American Integrated Shipping Services Co., LLC ("ZIM American") (collectively "ZIM"), move to adjourn the scheduled February 13, 2026 initial pretrial conference until March 13, 2026 to allow adequate time for third-party defendants C&Y Global, Inc. ("C&Y") and Coherent Metal, Inc. ("Coherent") to appear and respond to responsive pleadings. To support adjournment, the parties aver as follows:

### BACKGROUND

1.      **The Complaint:** CSX filed this action against ZIM Integrated on December 16, 2025, alleging breach of contract and negligence regarding a train derailment caused by improperly loaded cargo. (Doc. 1).

**2.      Initial Pretrial Conference ("IPTC"):** The Court scheduled the initial pretrial conference for February 13, 2026 and instructed the parties to submit a joint letter by February 5, 2026. (Doc. 6)

3.      **Answer and Third-Party Claims:** On January 20, 2026, ZIM Integrated answered the complaint denying liability, asserted a counterclaim against CSX, and filed a Third-Party Complaint against C&Y Global, Inc. ("C&Y") and Coherent Metal, Inc. ("Coherent"), alleging, among other things, that they were responsible for loading the container at issue. (Doc. 8). CSX subsequently filed its own claims against C&Y on January 21, 2026.

Hon. Valerie Caproni
February 4, 2026
Page 2

(Doc. 11).

4.      **Amended Complaint:** on January 21, 2026, CSX filed an amended complaint to include ZIM American as a defendant. The amended complaint did not include any new claims. (Doc. 10) [1]

5.      **Service of Process:** The Court issued summons to third-party defendants C&Y and Coherent on January 27, 2026 (Docs. 16 and 17) and ZIM served C&Y and Coherent on January 30, 2026 (Docs. 26 and 27).

ARGUMENT

6.      Pursuant to section 2.C of the Court's Individual Practices in Civil Cases, CSX and ZIM request an adjournment of the IPTC.

7.      An adjournment is necessary to allow C&Y and Coherent—who are integral to the resolution of this dispute—sufficient time to appear, file responsive pleadings, and participate meaningfully in the IPTC and the Rule 26(f) discovery planning process.

8.      The Court scheduled the IPTC to occur on February 13, 2026, and thus, this request is timely.

9.      This is the first request to adjourn the IPTC.

10.     All parties that have appeared in this action (CSX and ZIM) agree to this adjournment.

11.     CSX and ZIM propose that the Court re-schedule the IPTC for March 13, 2026. This date is six weeks after C&Y and Coherent were served the summons, and would allow adequate time for them to appear, submit a responsive pleading to the amended complaint (Doc. 8) and third-party claim (Doc. 11), and meaningfully participate during the IPTC.

CONCLUSION

12.     For the reasons above, CSX and ZIM respectfully request that the Court adjourn the IPTC until March 13, 2026.

---

[1] Due to filing errors, CSX re-submitted its third-party claims against C&Y and amended complaint on ZIM on January 23, 2026 (Docs. 12 and 13) and February 2, 2026 (Dosc. 24 and 25).

Hon. Valerie Caproni
February 4, 2026
Page 2


Sincerely,


/s/ Timothy L. Frey

Jeffrey D. Cohen (admitted *pro hac vice*)
Timothy L. Frey (admitted *pro hac vice*)
**COHEN & FREY PC**
32 Parking Plaza, Suite 402
Ardmore, PA 19003
Tel: (215) 609-1110


John M. Murtagh (JM5815)
**MURTAGH, COSSU, VENDITTI &
CASTRO-BLANCO, LLP**
222 Bloomingdale Road
White Plains, NY 10605
Tel: 914-288-9595

*Attorneys for CSX Transportation, Inc.*

/s/ William H. Yost

Michael Fenandez
William H. Yost
**LISKOW & LEWIS**
11 Broadway, Suite 615
New York, New York 10004
Tel: 332-286-5283


### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I caused a true and correct copy of the foregoing letter requesting an adjournment of the initial pretrial conference to be filed with the Clerk of the Court using the Court's CM/ECF system. Notice of this filing will be sent by operation of the CM/ECF system to all counsel of record who are registered ECF users, and service will be effected thereby.

By: /s/ Timothy L. Frey

Timothy L. Frey (admitted *pro hac vice*)
**COHEN & FREY PC**
32 Parking Plaza, Suite 402
Ardmore, PA 19003
Tel: (215) 609-1110

Application GRANTED.  The initial pretrial conference currently scheduled for February 13, 2026, is ADJOURNED to **Friday, March 13, 2026 at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Not later than **March 5, 2026,** the parties (including the third-party defendants) must file a revised pre-conference letter, as outlined in Paragraph 2 of the Notice of Initial Pretrial Conference (Dkt. 6).

 SO ORDERED.

2/5/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE